IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFERY FEHNEL and <br> AFRDITA KRASNIQI as h/w, <br>     Plaintiffs, <br><br> v. <br><br> COUNTY OF NORTHAMPTON, <br> BOROUGH OF BANGOR, <br> BANGOR POLICE DEPARTMENT, <br> WASHINGTON TOWNSHIP <br> POLICE DEPARTMENT, <br> OFFICER DANIEL DIETER, <br> OFFICER ROBERT DELEON, <br> POLICE CHIEF KEVIN JONES, and <br> POLICE OFFICERS JOHN DOES #1-10, <br>     Defendants. | Civil No.: 5:25-cv-04783-JMG |

**ORDER**

**AND NOW,** this 30th day of January, 2026, upon consideration of Defendants' Motion to Dismiss Pursuant For Failure to State a Claim (ECF No. 29) and Plaintiff's Response in Opposition (ECF No. 32), and for the reasons provided in the accompanying Memorandum Opinion,

**IT IS HEREBY ORDERED** that the Motion (ECF No. 29) is **GRANTED,** without prejudice, concerning Count II (Violation of 42 U.S.C. § 1983 Excessive Force), Count IV (Violation of 42 U.S.C. § 1983 Failure to Train), Count VI (Violation of 42 U.S.C. § 1983 State Created Danger), Count VIII (Violation of 42 U.S.C. § 1983 (*Monell* Unconstitutional Policy, Practice, or Custom), Count X (Assault and Battery), Count XI (Negligent Infliction of Emotional Distress), and Count XIII (Loss of Consortium).

**IT IS FURTHER ORDERED** that Plaintiff shall have until **February 13, 2026**, to file an Amended Complaint pursuant to Federal Rule of Civil Procedure 15 (a)(2).

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge